UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT 6TH DISTRICT KNOXVILLE TN

FILED
AUG - 6 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

JAMES TEFFETELLER )
_____ )
_____ )
(Enter above the NAME of the )
plaintiff in this action.) )

3:20 mc 51
Reeves / Poplin

v. )

OFFICER HALL, K.C.S.O )

SHERIFF TOM SPANGLER )

ROGER D WILSON DETENTION FACILITY
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

   B.  If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to the previous lawsuit:

         Plaintiffs: _____

         _____

         Defendants: _____

         _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

   _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: ROGER D. WILSON DETENTION FACILITY

   A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

   C. If your answer is YES,

      1. What steps did you take? FILED A GRIEVANCE

      2. What was the result? THEY TALKED TO THE OFFICER ABOUT "HORSE PLAY" WITH INMATES

   D. If your answer to B is NO, explain why not. _____

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

   F. If your answer is YES,

      1. What steps did you take? _____

2

2.  What was the result? _____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A.  Name of plaintiff: JAMES TEFFETELLER 1036401

   Present address: 5001 MALONEYVILLE RD 37918

   Permanent home address: _____

   Address of nearest relative: _____

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B.  Defendant: OFFICER HALL

   Official position: CORRECTIONS OFFICER

   Place of employment: KNOX CO SHERIFFS OFFICE

C.  Additional defendants: SHERIFF TOM SPANGLER, THE ROGER D WILSON DETENTION FACILITY AND THE K.C.SO

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

ON JUNE 26TH AROUND 1AM I WAS CLEANING THE HALLWAY AND CODY GOAN, A FELLOW INMATE SAID SOMETHING

3

about Officer Hall coming down the hallway. I said to ask Officer Hall about "the Buckeyes gettin in that ass this year." Officer Hall told me to grab the wall and started to put on his gloves. I did as I was told and put my hands on the wall. I say to him "come on y'all throttled us this year" referring to my team the Nebraska Cornhuskers. He just points to the wall. Before he started the "pat down" I turn my head to the left and yell to Officer Willis, "Help Willis, Help." Officer Hall goes through the "pat down" and when he got to my right ankle and came up my leg like an uppercut and hit my testicales with his left hand. I drop to the floor and Officer Hall laughs and walks off. A few minutes go by and I'm still on the ground and Officer Hall walks by again and laughs. Officer Willis contacted Lt. Miller. When Lt Miller was told by Officer Willis what happened he sent me to medical to be checked out. Afterwards I was sent back to my pod and about 15 or 20 minutes later Lt Miller came and interviewed me. Later on during the day I filed the grievance. Witnessed by Officer Willis, inmate James Jenkins, inmate Cody Goan and inmate Timothy Gilliand

4

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

PAYMENT FOR PAIN AND SUFFERING AND OFFICER HULL RELEASED FROM THE K.C.S.O

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 3RD day of AUGUST, 2020.

_____
Signature of plaintiff(s)

5

James T. O'Fallon #10 36401 3B-201
5001 Maloneyville Rd
Knox, TN 37918

6th Circuit District Court
800 Market St #130
Knoxville, TN 37902

INSPECTED
RECEIVED
AUG 6 2020
Clerk, U.S. District Court
Eastern District of Tennessee

Legal Mail
Sender is an inmate of [illegible]