# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JAMES TEFFETELLER,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER HALL,<br><br>    Defendant. | No. 3:20-CV-372-RLJ-DCP |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Defendant Hall's motion to dismiss this action [Doc 18] is **GRANTED**, and this prisoner's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED with prejudice**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this dismissal would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

ENTER:

                                                      s/ Leon Jordan
                                                United States District Judge

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT